IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAYSON BENALLY,

        Plaintiff,

v.        No. 2:21-cv-205 KRS

ANDREW SAUL, Commissioner
of the Social Security Administration,

        Defendant.

**ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*
AND DIRECTING SERVICE**

THIS MATTER comes before the Court upon Plaintiff's Motion to Proceed *in Forma Pauperis* with Financial Affidavit Pursuant to 28 U.S.C. § 1915. (Doc. 2). Having reviewed the Motion, the Court FINDS that Plaintiff's request is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Proceed *in Forma Pauperis*, (Doc. 2), is GRANTED. Plaintiff may proceed in this action without payment of a filing fee, costs, or security therefor.

IT IS FURTHER ORDERED that the United States Marshal Service is directed to serve the summons and complaint on the United States Attorney, the Attorney General, and the Office of the General Counsel of the Social Security Administration.

IT IS SO ORDERED.

                                                  _____
                                                  KEVIN R. SWEAZEA
                                                  UNITED STAGES MAGISTRATE JUDGE