IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JAYSON BENALLY,**

    **Plaintiff,**

vs.                                        No. CIV 21-205 KRS

**KILOLO KIJAKAZI, Commissioner,**
**Social Security Administration,**

    **Defendant.**

### ORDER GRANTING EXTENSION OF TIME FOR ANSWER

THIS MATTER having come before the Court upon Defendant's Unopposed Motion for Extension of Time to File Answer (Doc. 11), it being stated that Plaintiff concurs in the granting of the motion, the Court having read the motion and being fully advised in the premises finds that there is good cause to grant the motion.

IT IS HEREBY ORDERED that the time for Defendant to answer or otherwise respond to Plaintiff's Complaint is extended to and including August 31, 2021.

                                                                 _____
                                                                 KEVIN R. SWEAZEA
                                                                 United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted July 30, 2021*
MANUEL LUCERO
Assistant United States Attorney
Attorney for Defendant

*Electronically approved July 30, 2021*
BENJAMIN EILERS DECKER
Attorney for Plaintiff