IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAYSON BENALLY,

    Plaintiff,

v.	Case No. 1:21-cv-00205-KRS

KILOLO KIJAKAZI,
Acting Commissioner of the Social Security Administration,

    Defendant.

**STIPULATED ORDER GRANTING UNOPPOSED MOTION FOR A SECOND EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION TO REVERSE OR REMAND**

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion for a Second Extension of Time to File Plaintiff's Motion to Reverse or Remand (Doc. 22). The Court, having reviewed the motion and being otherwise fully advised, FINDS that the motion is well-taken and is GRANTED.

IT IS THEREFORE ORDERED that Plaintiff shall have until December 11, 2022, to file his Motion to Reverse or Remand, Defendant shall have until February 11, 2022, to file a Response, and Plaintiff shall have until February 25, 2022, to file a Reply.

*/s/ Kevin Sweazea*
KEVIN R SWEAZEA
UNITED STATES MAGISTRATE JUDGE

RESPECTFULLY SUBMITTED BY:

*/s/Benjamin Decker*
P.O. Box 92740
Albuquerque, NM 87199
P (505) 369-6272
F (505) 859-7713
ben@deckerlawoffice.com
*Attorneys for Plaintiff Jayson Benally*

APPROVED BY:

*/s/*            11/12/2021
Manuel Lucero
Assistant U.S. Attorney for the District of New Mexico
U.S. Attorney's Office for the District of NM
P.O. Box 607
Albuquerque, NM 87102
P (505) 346-7274
manny.lucero@usdoj.gov

And

*/s/*            11/12/2021
Marc Thayne Warner
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel, Region VIII
1961 Stout Street, Suite 4169
Denver, CO 80294
P (303) 844-7237
thayne.warner@ssa.gov
*Attorneys for Defendant*